UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60029-CIV-HURLEY/HOPKINS

**GOLD COAST PROPERTY
MANAGEMENT, INC.,**

    Plaintiff,

v.

**VALLEY FORGE INSURANCE CO.,**

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE AND DENYING DEFENDANT'S
MOTION TO COMPEL DEPOSITIONS AND IMPOSE SANCTIONS

**THIS CAUSE** is before the court upon defendant's motion to compel depositions and impose sanctions [DE # 183], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court deny defendant's motion [DE # 248]. No objections were filed to the Magistrate Judge's report.

Having carefully reviewed the Magistrate Judge's report and recommendation as to defendant's motion, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

Upon review of the report of the Magistrate Judge, it is hereby **ORDERED** and **ADJUDGED**:

Order Adopting R & R of Magistrate Judge
Gold Coast Property Management, Inc. v. Valley Forge Ins. Co.
Case No. 09-60029-CIV-HURLEY/HOPKINS

1. The Report and Recommendation of the United States Magistrate Judge [DE # 248]

 is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

2. Defendant's motion to compel depositions and impose sanctions [DE # 183] is

 **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 5th day of February, 2010.

                          Daniel T. K. Hurley
                          United States District Judge

*Copies provided to counsel of record*